IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IVORY S. GLENN,

    Plaintiff,

vs.                                    Case No. 4:13cv160-RH/CAS

C. RICHARDSON, M.D.,

    Defendant.

_____/

## SECOND REPORT AND RECOMMENDATION

On September 18, 2014, an Order was entered adopting the Report and Recommendation, doc. 47, and dismissing the claims against Defendant Smith. Doc. 50. In addition, the official capacity claim against Defendant Richardson was dismissed, but Defendant has been permitted to renew the motion to dismiss with evidentiary support and may file a motion to reconsider by October 1, 2014. Doc. 50.

The pro se Plaintiff filed a motion for summary judgment, doc. 52, and a supporting memorandum of law, doc. 53, on September 23, 2014. Plaintiff's summary judgment motion has been filed without permission. The Order directing service on the Defendants stated: "No motion for summary judgment shall be filed by any party prior to entry of an Initial Scheduling Order without permission of the Court." Doc. 21 at 3.

Because Defendant had only filed a motion to dismiss, an Initial Scheduling Order has not yet been entered. Plaintiff's motion is premature and unauthorized.

Moreover, the motion does not comply with the rules of this Court. Rule 56.1 provides that any motion for summary judgment "shall be accompanied by a separate, short and concise statement of the material facts as to which the moving party contends there is no genuine issue to be tried." N.D. Fla. Loc. R. 56.1(A). The rule also provides that "[f]ailure to submit such a statement constitutes grounds for denial of the motion." *Id.* Plaintiff's motion does not contain the required statement of the material facts, nor does Plaintiff reference within his motion his affidavit which he submitted with the motion. Finally, Plaintiff's motion seeks summary judgment against Defendant Richardson as well as Nurse Smith, who has been dismissed from this action. The motion is improper and should be **Denied**.

## RECOMMENDATION

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's motion for summary judgment, doc. 52, be **DENIED** as premature and improperly filed, and this case be **REMANDED** for further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on September 25, 2014.

    S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**