IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IVORY S. GLENN,

    Plaintiff,

v.                                                    CASE NO. 4:13cv160-RH/CAS

C. RICHARDSON, M.D.,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's second report and recommendation, ECF No. 54. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The plaintiff's motion for summary judgment, ECF No. 52, is DENIED without prejudice. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on November 17, 2014.

                                               s/Robert L. Hinkle
                                               United States District Judge