IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IVORY S. GLENN,

    Plaintiff,

v.        CASE NO. 4:13cv160-RH/CAS

C. RICHARDSON, M.D.,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's third report and recommendation, ECF No. 75 and the objections, ECF No. 78. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

1.    The third report and recommendation is ACCEPTED and adopted as the court's opinion.

2.    The renewed motion to dismiss, ECF No. 67, is GRANTED.

3.    The clerk must enter judgment stating, "The complaint is dismissed for failure to exhaust administrative remedies."

4.	The clerk must close the file.

SO ORDERED on August 23, 2015.

>	s/Robert L. Hinkle
>	United States District Judge